IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mark Kendrick, | : | |
| | : | Case No. 1:22-cv-170 |
| Plaintiff, | : | |
| | : | Judge Barrett |
| v. | : | |
| | : | Magistrate Judge Peter B. Silvain |
| Annette Chambers-Smith, et al., | : | |
| | : | |
| Defendants. | : | |

## AFFIDAVIT OF VINKO KUCINIC

I, Vinko Kucinic, make this sworn affidavit under penalty of perjury under the laws of the United States of America and declare the foregoing statements set forth below are true and correct.

1. I have personal knowledge of the facts in this Affidavit. I am competent to testify to these facts and I am over the age of 18.

2. I have been employed by the State of Ohio since 1994, approximately 21 of those years have been with the Ohio Department of Rehabilitation and Corrections (ODRC). I am currently the Intelligence Chief, where I have served since March 2020. My duties include managing the DRC's Intelligence Division (Intelligence Services Unit, Digital Forensic Unit, Centralized Background Checks Unit) which is responsible for the collection and dissemination of information and intelligence to include contraband interdiction, identifying threats to security or potential criminal activity and violence.

3. I have a B.A. in Sociology from Eastern Illinois University and I am a Regional Coordinator of the National Corrections Custodial Intelligence Sharing Group.

4. Drug abuse is prevalent in all ODRC institutions within the state.

5. Combating the smuggling of illegal substances such as marijuana, synthetic narcotics like K2, opioids, and bug spray is an on-going security challenge for ODRC.

6. Under the previous mail protocols and procedures, sending contraband through legal mail was not difficult because the procedure to qualify an envelope or package as legal mail was general, a legal mail stamp addressed to an inmate clearly bearing the return address

1

of an attorney-at-law, a public service law office, a law school legal clinic, court of law, or the correctional institution inspection committee.

7. Over the past four years, ODRC has averaged over 700 drug contraband-related incidents per month. Examples of said contraband being smuggled in through the mail include, but are not limited to the following:

   a. On November 3, 2020, Warren Correctional Institution seized fake legal mail with a return address of Franklin County Clerk of Courts, which contained a transcript of court proceedings.

   b. On December 7, 2020, Marion Correctional Institution seized 20 strips of Suboxone which had been conveyed into the Institutional through Legal Mail. The envelope had a return address from Cuyahoga County Clerk of Courts.

   c. On January 14, 2021, London Correctional Institution intercepted fake legal mail with a return address from Maryellen O'Shaughnessy, Clerk of Courts.

   d. On July 8, 2021, Institutional Inspector David Ritz, investigated a parcel received through Trumbull Correctional Institution mailroom with a return address from the United States District Court in Columbus, Ohio. The legal mail was later determined to be fake. (See *Ramilla v. Jennings, et al*, Case No. 4:21-cv-1799, Doc. 46-1, PageID 370-375).

   e. On March 24, 2022, Tanya Baird was arrested for smuggling at least 34 drug-soaked packages which were disguised as legal mail into ODRC institutions.

   f. Chillicothe Correctional Institution intercepted a letter providing details on how to create illegitimate legal mail packages laced with synthetic marijuana.

   g. On April 22, 2021, Lebanon Correctional Institution received suspicious legal mail from the National Legal Professional Association, which contained paper laced with an unknown (but presumed contraband) substance.

   h. Fake legal mail has also been intercepted from the Office of the Ohio Public Defender, and the Ohio Innocence Project.

Photographed examples of attempts to introduce contraband into the facility via the legal mail system have been attached hereto and incorporated herein as Kucinic Ex. 1.

8. Contraband in the form of drugs, has been routinely confiscated from mail which has been marked as legal mail.

9. Inmates receive paper soaked with drugs such as marijuana, synthetic narcotics like K2, opioids, and bug spray through the mail system which is then sold in several forms such as strips, sheets, and squares which vary in value depending on their size. As of

2

September 2023, the average statewide contraband price for a soaked sheet of 8.5 v 11-inch standard piece of paper is $4500.00.

10. In the fall of 2020, I was the project owner and led a multi-discipline DRC Legal Mail Project team which formulated and implemented the current legal mail system for ODRC.

11. The DRC Legal Mail Project Team held meetings with statewide DRC stakeholders, including legal counsel, the Ohio Attorney General's Office, IT personnel, the Chief Inspector's Office, institutional investigators, mail room staff, Ohio Clerk of Courts Association; examined how other States and the Federal Prison System address contraband coming in by mail, and determined a digitalized control numbering mail system was the most efficient and most cost-effective method of combatting the introduction of contraband into the prisons through the mail system while preserving the First Amendment Rights of inmates. The ultimate result of the DRC Legal Mail Project Team was the implementation of Policy 75-MAL-03.

12. Training of institution staff on new Departmental Offender Tracking System (DOTS) legal mail screens began in June 2021. A soft rollout of new DOTS legal mail screens, process, and Policy 75-MAL-03 occurred in select institutions in June and July, 2021.

13. As of October 4, 2021, Ohio implemented a system-wide legal-mail program which requires all legal mail senders to "register, obtain and use valid control numbers on all legal mail sent to incarcerated individuals." (*See* Legal Mail, Ohio Department of Rehabilitation and Correction, https://archive.is/0iPJA.) Data collected showed an immediate increase in the detection of contraband coming through the mail and a subsequent decrease of contraband in the institutions from incoming mail. Many unauthorized individuals and entities posing as legitimate legal providers were identified and prohibited from sending legal mail. The process of registering, being verified, and obtaining control numbers for each piece of legal mail significantly decreased the overall amount of legal mail coming into the institutions.

A graph demonstrating the sharp decrease in legal mail after the implementation of the new policy is attached hereto and incorporated herein as Kucinic Ex. 2

14. Legal mail, including mail appearing to come from the courts, was specifically included in this program because ODRC has experienced so many inmates receiving fake legal mail which has contained contraband.

15. ODRC determined that not including the courts with the same requirements as other legal mail would circumvent the new policy. That would result in continued and increased contraband introduction in the prisons.

16. Implementation of Policy 75-MAL-03 has significantly decreased the volume of contraband from physically entering the facility through legal mail. In 2020, there were 10,071 total reported drug contraband incidents. In 2021, there were 9,328. In 2022,

there were 7,046. In 2023, there were 8,208. The increase in drug contraband incidents in 2023 could be attributed to an increase in contraband coming into the institutions by other means.

A graph demonstrating the Total Reported Drug Contraband Incidents by year is attached hereto and incorporated herein as Kucinic Ex. 3.

17. Since the implementation of Policy 75-MAL-03, Major Contraband -Drugs intercepted through-Legal Mail has decreased sharply. In 2020, there were 370 incidents of contraband intercepted via the legal mail system – notably, this was under the old legal mail policy. In 2021, there were 228 – the new legal mail policy became effective system wide in October 2021. In 2022, there were 22. In 2023, there were only 9.

A graph demonstrating the Total Reported Drug Contraband Incidents by year is attached hereto and incorporated herein as Kucinic Ex. 4.

Further affiant sayeth naught

Vinko Kucinic

Signed and sworn to (or affirmed) before me on this 9th day of January, 2024 by Vinko Kucinic.

KRISTEN DEVENNY
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
05-31-2025

Notary Public

My commission expires: 5/31/25

4