

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 1 of 18

Case: 3:22-cv-00661-DAC Doc #: 44-2 Filed: 05/16/24 2 of 18. PageID #: 274

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 2 of 18



Case: 3:22-cv-00661-DAC Doc #: 44-2 Filed: 05/16/24 3 of 18. PageID #: 275

# LEGAL MAIL HIGHLIGHTS
## 7/1/21—11/20/23

| Total Registration Attorney's | 2707 |
|---|---|
| Control Numbers Received | 53489 |

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 3 of 18



**Department of Rehabilitation & Correction**

Case: 3:22-cv-00661-DAC Doc #: 44-2 Filed: 05/16/24 4 of 18. PageID #: 276

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 4 of 18

## Number of Control Numbers Received

| Facility | Number |
| --- | --- |
| ACI | 1250 |
| BECI | 2345 |
| CCI | 3724 |
| CMC | 137 |
| ORC | 2936 |
| DCI | 963 |
| GCI | 1816 |
| LAECI | 2142 |
| LECI | 1631 |
| LOCI | 2224 |
| LORCI | 815 |
| MACI | 2267 |
| MANCI | 2777 |
| MCI | 2557 |
| NCCI | 2748 |
| NCI | 2872 |
| NEOCC | 807 |
| NEPRC | 481 |
| ORW | 3589 |
| OSP | 882 |
| PCI | 1893 |
| RCI | 1872 |
| RICI | 3128 |
| SCI | 1699 |
| SOCF | 2037 |
| TCI | 1439 |
| TOCI | 1378 |
| WCI | 1086 |



**Department of Rehabilitation & Correction** — Ohio



Jan 2021 - Sep 2023 Total Incoming Legal Mail

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 5 of 18



Jan 21 – Sep 23 Total Major Contraband Found In All Mail

Case: 3:22-cv-00661-DAC Doc #: 44-2 Filed: 05/16/24 6 of 18. PageID #: 278

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 6 of 18

Case: 3:22-cv-00661-DAC  Doc #: 44-2  Filed: 05/16/24  7 of 18.  PageID #: 279

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 7 of 18

# Letters meant for Lucasville prisoners causes Cuyahoga County employees to become sick, records say

Updated 11:42 AM; Today 11:41 AM

By Adam Ferrise, cleveland.com



Letters meant for prisoners in Lucasville ended up making two Cuyahoga County Clerk of Courts employees sick.

CLEVELAND, Ohio — Letters meant for prisoners at an Ohio prison accidentally diverted to a Cuyahoga County Clerk of Courts employee who, along with a co-worker, became sick after touching them, according to a sheriff's department report and body camera video released by the county.

Cuyahoga County spokesman Dale Armbruster said no arrests have been made in the case and declined to say whether or not investigators know what substance made the employees sick, citing the on-going investigation.

# CONTRABAND INTRODUCTION

- Visitation

- Fence throws

- Outside the fence drops

- Drones

- **<u>Mail (regular / legal)</u>**

- Publications

- Packages

- Staff / Contractors / Volunteers


**Department of Rehabilitation & Correction**

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 8 of 18

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 9 of 18

# South African woman accused of mailing K2, Suboxone to Ohio inmates

by WSYX Staff | Thursday, March 24th 2022

<p>Tanya Baird, 46, appeared in federal court Thursday afternoon. She is charged with importing controlled substances, a federal crime punishable by up to 20 years in prison. (Franklin County Jail) {/p}



**Department of Rehabilitation & Correction**

Case: 3:22-cv-00661-DAC Doc #: 44-2 Filed: 05/16/24 10 of 18. PageID #: 282

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 10 of 18

# South African woman arrested at local airport for mailing controlled substances to Ohio inmates

Thursday, March 24, 2022

**Share** >

**For Immediate Release**

U.S. Attorney's Office, Southern District of Ohio

COLUMBUS, Ohio – Federal agents arrested a South African woman this morning at John Glenn International Airport on federal charges alleging she mailed large amounts of K2 and Suboxone via mail into the United States. Inmates in Ohio jails were the end recipients of the packages.

Tanya Baird, 46, of South Africa, appeared in federal court at 3pm today.

According to an affidavit filed in support of a criminal complaint, Baird obtained K2 from China and saturated legal documents with the substance in South Africa before mailing the papers to the United States.



**Department of Rehabilitation & Correction**

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 11 of 18

██████████████████████

January 15, 2021

## LEGAL MAIL CONVEYANCE METHOD

The Chillicothe Correctional Institution (CCI) recently received a "Return to Sender" letter providing details on how to create illegitimate legal mail packets laced with synthetic marijuana. This facility has intercepted several legal packets representing an exact match to the listed procedure.



(Source: Chillicothe Correctional Institution)

Steps Provided in Letter:

1. Create a fake law firm and use this to develop a letterhead with the fake address and phone number. Base the law firm out of Columbus.
2. Go to a printing shop and print out papers with created letterhead on high cotton count paper.
3. Have envelopes printed with the law firm's information as well as the intended inmate.
4. Soak papers in K2, 10 pages at a time, and ensure all the wrinkles are out.
5. Use the soaked paper to print legal information about the intended inmate and mail into institution in prepared envelopes.



**Department of Rehabilitation & Correction**

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 12 of 18



**Ohio** | Department of Rehabilitation & Correction

Mike DeWine, Governor
Annette Chambers-Smith, Director

April 22, 2021

**Conveyance Method – Illegitimate Legal Mail – National Legal Professional Association**

Lebanon Correctional Institution recently received suspicious legal mail from the *National Legal Professional Association*. The mail was sent certified from Cleveland, OH. Further investigation confirmed that the *National Legal Professional Association* does not have offices located in Cleveland and the firm never sends certified mail. The envelopes were opened and were found to contain cotton paper that appeared to be laced with an unknown substance.





**Department of Rehabilitation & Correction**

Case: 3:22-cv-00661-DAC Doc #: 44-2 Filed: 05/16/24 13 of 18. PageID #: 285

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 1
Page 13 of 18

Step 1

Go to Any Kroger, Walmart, or any grocery store buy 3 cans of raid wasp & bug spray.../step 2 go to any staples, office max, Kinkos or office depot and buy a pack of 35% cotton copy printing paper./Step 3 spray 10 to 20 sheets of paper front and back let dry and repeat twice more a total of 3 times.... No more than 20 pages sent at a time. Spray the paper front & back evenly from top to bottom, But Not to the point of the paper becoming brittle or anyone being able to be detected, (something has been sprayed on the paper.

Step 4 go to any public library or use a home computer to google the Ohio/ODRC parole board guidelines and down load/Scan the info. on to the (Already sprayed) 35% cotton paper. if the ODRC Parole Board guidelines being downloaded/scanned is more than 20 pages total stop the process/download. Scan and proceed to step 5 Use the phone book or computer to google any law firm IN the same city that the paper are being mailed from/ie if the papers are



**Department of Rehabilitation & Correction**



**SOAKED ILLEGITIMATE LEGAL MAIL**





Department of Rehabilitation & Correction

# ILLEGITIMATE OHIO PUBLIC DEFENDER LEGAL MAIL ON THE RIGHT







**Department of Rehabilitation & Correction**

## LEGAL MAIL CONVEYANCE METHOD

The London Correctional Institution (LOCI) recently had their K9 indicate on legal mail that tested positive for Phencyclidine (PCP). This legal packet had the return address for Maryellen O'Shaughnessy, Clerk of the Court of Common Pleas, stamped on, where if it was legitimate legal mail from the Clerk of Courts the address would be printed on the envelope. According to collected information from the Intelligence Division, other institutions have had their K9's indicate on legal packets with the same stamped return address.





Department
Rehabilitat
& Correcti

## ILLEGITIMATE LEGAL MAIL PACKET WITH A HIDDEN CONTRABAND CELLPHONE





**Defendants' MSJ Exhibit**
**Kucinic Affidavit Ex 1**
**Page 18 of 18**