

**Defendants' MSJ Exhibit**
**Kucinic Affidavit  Ex 2**
**Page 1 of 1**