

1/1/2020 – 12/21/2023

DOTS SIRPT - Total Reported Drug Contraband Incidents

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 3
Page 1 of 1