Case: 3:22-cv-00661-DAC Doc #: 44-5 Filed: 05/16/24 1 of 1. PageID #: 293

Defendants' MSJ Exhibit
Kucinic Affidavit Ex 4
Page 1 of 1



### 1/1/2020 thru 11/30/23
### DOTS SIRPT - Major Contraband - Drugs - Mailroom (Legal Mail)