## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mark Kendrick,                                  :
                                                :   **Case No. 1:22-cv-170**
        **Plaintiff,**                :
                                                :   **Judge Barrett**
    **v.**                                   :
                                                :   **Magistrate Judge Peter B. Silvain**
Annette Chambers-Smith, et al.,                 :
                                                :
        **Defendants.**               :

### AFFIDAVIT OF TIM BUCHANAN

I, Tim Buchanan, make this sworn affidavit under penalty of perjury under the laws of the United States of America and declare the foregoing statements set forth below are true and correct.

1. I have personal knowledge of the facts in this Affidavit. I am competent to testify about these facts and I am over the age of 18.

2. I have been employed by the Ohio Department of Rehabilitation and Corrections (ODRC) for 29.5 years. My current position and title are Administrative Officer 3, Assistant to the Deputy Director of the Office of Prisons, Operations Support Center. From December 2012 until April 2020, I was the Warden at Noble Correctional Institution. From November 2011 to December 2012, I was the Warden at Ross Correctional Institution.

3. In both my current position, and as a Warden at both Noble Correctional Institution and Ross Correctional Institution, I have been made aware of many instances where incarcerated persons have abused drugs in these two facilities.

4. Combating the conveyance of illegal drugs, new forms of synthetic narcotics, and non-traditional intoxicants such as bug spray is an on-going safety and security challenge for ODRC.

5. Contraband in the form of marijuana, synthetic narcotics like K2, opioids, and many other forms of illegal substances to include other hazards such as bug spray has been conveyed into the institutions through the mail by sending letters, documents, cards, photographs, artwork, and legal documents which have been soaked in said substances and then hidden within the materials of regular mail and legal mail.

1

**Defendants' MSJ Exhibit 2**
**Page 1 of 5**

6. Contraband in the form of incarcerated person to incarcerated person communications, financial transactions/applications, pornographic materials, and illegal drugs have been conveyed into the institutions through the mail by hiding the same within the materials of regular mail and legal mail.

7. Under the system in place prior to October 4, 2021 (i.e. the "old system") ODRC followed Policy No. 75-MAL-01 (effective 9/3/2019) (Attached and incorporated as Buchanan Ex. 1).

   a. Legal mail:
      i. Mail addressed to an incarcerated person clearly bearing the return address of an attorney-at-law, a public service law office, a law school legal clinic, court of law, or the Correctional Institution Inspection Committee (CIIC) was automatically designated as "legal mail."
      ii. Once legal mail was received in the institution, it was taken to a secured designated location, logged into the Legal Mail Log, the incarcerated person was given a pass and allowed to go to the designated location, sign for the mail, the mail was opened in the presence of the incarcerated person by a designated employee of ODRC, and the document was visually inspected for contraband in the presence of the incarcerated person-addressee.
      iii. The document was not read by ODRC staff.
      iv. Only obvious signs of contraband could be detected with this method of screening.

   b. Regular Mail:
      i. Mail addressed to an incarcerated person which was not considered "legal mail" was processed in a separate area outside of the presence of the incarcerated person. Upon receipt of said regular mail, the mail was opened under a ventless hood system designed to prevent the exposure of staff to potentially hazardous substances such as fentanyl; visually inspected for contraband; and the contents read for potential security threats.
      ii. Thereafter, the envelope and contents were copied by Mail Clerk Screeners, the incarcerated person's bed number was written on the mail, and the copied mail was distributed by the unit Correction Officer to the incarcerated person. The envelope and contents were maintained for a period of 30 days. After 30 days, the envelope and contents were destroyed.
      iii. Letters which contained perfume or glitter were not permitted.
      iv. The processing of regular mail was to be completed within 48 hours of receipt.

   c. Packages:
      i. Packages were taken to a designated location to be searched prior to receipt by an incarcerated person.

2

**Defendants' MSJ Exhibit 2**
**Page 2 of 5**

       ii.  In order to reduce the probability of contraband, packages were limited to those provided from designated vendors.

  d.  In addition to visual inspections by ODRC staff, efforts to detect contraband included the use of trained ODRC K9 Units.

8. As conveyance methods have become more sophisticated, the prior methods of contraband detection in legal mail often failed to disclose said contraband. As a result of those challenges, known illegal drugs, new synthetic narcotics, and non-traditional forms of intoxicants such as bug spray saturated items are routinely attempted to be conveyed into ODRC institutions in the form of legal mail.

9. In order to combat contraband in institutions, ODRC modified its mail processes. (Please see Buchanan Affid, Ex. 2 "ODRC Mail Timeline Summary", and Buchanan Affid. Ex. 3 "OMPC Presentation" attached and incorporated for additional information about said process).

10. On October 4, 2021, an ODRC communication was sent to all ODRC incarcerated persons through a digital messaging system called JPay, which provided notice regarding the change of the legal mail policy. (Please see Buchanan Affid, Ex. 4 attached and incorporated for a copy of the communique provided to incarcerated persons.)

11. Under the system in place as of October 4, 2021 (i.e. the "new system") ODRC is set forth in Policy No. 75-MAL-01 through 75-MAL-03 (Attached hereto and incorporated herein as Buchanan Ex. 5). Said policies apply to all mail and legal mail received by ODRC.

  a.  Legal mail:
       i.  In order to send legal mail, attorneys, law firms, legal clinics, courts, and other authorized organizations are required to register for a Control Number. As part of the process, ODRC staff validate each registration via phone and web searches to ensure that the same are only being granted to licensed, practicing attorneys, law firms, legal clinics, or a court of law. The process to obtain a control number can be found at https://drc.ohio.gov/visitation/legal-mail/legal-mail
      ii.  Mail marked with a valid control number is considered to be "legal mail" and is visually inspected for obvious signs of contraband or anomalies, logged in the Legal Mail Log, and then opened in the presence of the addressee, who must sign for the same.
     iii.  Mail with an expired control number requires staff to contact the sender to verify that the item was in fact sent by sender assigned to said control number. If verification is obtained, then it is processed as "legal mail."
     iv.  Mail with an invalid control number is withheld and investigated for contraband pursuant to the steps outlined in 75-MAL-03(VI)(C). If it is determined that there is no contraband, then it is delivered via the legal mail process.

3

v. Any mailing coming into the facility which does not contain a control number is automatically treated as regular mail, regardless of the return address on the envelope.

b. Regular Mail:
   i. Effective November 13, 2023, all regular mail for incarcerated persons housed at DCI, ORW and NERC is opened at the ODRC Mail Processing Center (" OMPC"), which is a separate facility in Youngstown, Ohio, by ODRC employees using universal precautions such as PPE under a ventless hood system to prevent hazardous substances from contaminating staff and the mail area.  On January 08, 2024, mail for incarcerated persons at AOCI and BECI will be processed at the OMPC.  All other ODRC facilities will be onboarded based on security level, approved workflows, and agency guidance.
   ii. The mail is reviewed for contraband, read for potential security threats, scanned, and delivered to the incarcerated person via electronic means on their assigned tablet or kiosk.
   iii. The original copy of the mail is then stored for 30 days in the event that the scanned copy is illegible, allowing the document to be rescanned upon request from the incarcerated person.
   iv. At the end of 30 days, the letter is destroyed.
   v. Electronic copies of mail are kept on the tablet unless the incarcerated person deletes or closes the account.
   vi. The account can be accessed by the incarcerated person after he or she is released.

12. As a result of the new mail system, ODRC has benefited as follows:
   a. Improved mail delivery efficiency by providing instant electronic delivery and a record of delivery;
   b. Found and eliminated hundreds of invalid registrations for attorneys and law firms;
   c. Reduced the amount of contraband getting into prisons through regular mail and legal mail;
   d. Reduced costs for families and friends of incarcerated persons as the cost of utilizing the ViaPath email system is $.10 per email as the cost alone of standard mail postage is $.66, not accounting for the cost of the envelope and stationary;
   e. Reduced the conveyance of pornographic materials;
   f. Increased overall security and safety for the institutions, employees, and community partners;
   g. Reduced incarcerated person property; and
   h. Allowed better allocation of ODRC employee time as Correction Officers will not distribute mail at all sites and Mail Clerk Screeners will be repurposed into other roles within each location as they will no longer process incoming regular mail.

**Defendants' MSJ Exhibit 2**
**Page 4 of 5**

Further affiant sayeth naught

_____
Tim Buchanan

Signed and sworn to (or affirmed) before me on this 27 day of December, 2023 by Tim Buchanan.

**Rhyan Hughes**
Notary Public, State of Ohio
Commission #: 2022-RE-853776
My Commission Expires 09-13-2027

_____
Notary Public

My commission expires: 09·13·2027