

**Ohio** | **Department of Rehabilitation & Correction**

**Mike DeWine**, Governor
**Annette Chambers-Smith**, Director

To:        Annette Chambers-Smith, Director

From:     Tim Buchanan, Administrative Officer 3, Office of Prisons

Subject:  ODRC Mail Timeline Summary

Date:       August 18, 2021

The following represents a timeline of ODRC modifications to incoming mail and related matters.

- In **November 2019**, an ODRC Mail Committee assessed the dangers facilities were facing with illegal drugs being incorporated into incoming mail.  The committee recommended the three initiatives adopted by our agency:
  - Increase electronic opportunities with existing partners (GTL & JPay) that would encourage electronic mail.
  - Introduce limitations to incoming mail which included white lined standard paper only, withholding envelopes (copy of envelop provided), five-page limit, no glue, glitter, lipstick or perfume on materials, blue or black ink only, and no nude or Polaroid pictures.
  - Greeting cards were permitted but must adhere to the following guidelines:   No trifold, no music ability, no pop-up inserts, no glue, no glitter, no lipstick and no perfume.

- In **December 2019**, additional canines and handlers were trained in contraband detection.
- In **January 2020**, the canine units were deployed across DRC facilities to be utilized in a variety of security functions to include but not limited to the inspection of mail and packages when and where possible.
- On **July 27, 2020**, the following ODRC facilities started Phase 1 of the copying of incoming mail pilot:  *BECI, MANCI, MCI, RICI, SCI & TOCI*
- On **November 30, 2020**, the following ODRC facilities started Phase 2 of the copying of incoming mail pilot: *AOCI, CCI, FMC, LOCI, LORCI, NCI, PCI & SOCF*
- On **January 10, 2021**, the following ODRC facilities started Phase 3 of the copying of incoming mail pilot:  *MACI, NCCC, NERC, ORW, OSP, RCI, TCI & WCI*
- On **February 08, 2021**, the following ODRC facilities started Phase 4 of the copying of incoming mail pilot:  *CRC, DCI, GCI, LAECI, LEBCI & NEOCC*
- On **March 29, 2021**, a quality assurance contact was made with all ODRC facilities confirming they were copying incoming mail and that no operational issues existed requiring OSC assistance.
- On **May 20, 2021**, ODRC awarded the technology and communication contract to GTL. It included a requirement to support mail scanning to tablets. That provision will be implemented beginning January 2022 when the new operating system and tablets are deployed. Katie Nixon is the current project manager.

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 2
Page 1 of 2**



**Ohio** | **Department of Rehabilitation & Correction**

**Mike DeWine**, Governor
**Annette Chambers-Smith**, Director

- On **June 01, 2021**, DRC started allowing entities and attorneys who wish to send legal mail to incarcerated persons to register on the DRC website. DRC Chief Inspector's Office and Legal staff have been vetting individuals seeking registration as an actively licensed attorney.

- Starting **July 01, 2021**, DRC implemented the Legal Mail Control System which required all attorneys register and request control numbers for all incoming legal mail. There is a transition date of October 01, 2021 to allow the legal mail process to be fully implemented. To prepare for this transition, the Legal Mail Project Team has completed five trainings with Mailroom Supervisors and Mailroom staff on the new process and new legal mail processing DOTS Portal screens. Stakeholder outreach has been a focus of this initiative.

- On **August 16, 2021**, a variance to policy 75-MAL-01 was created to allow 72 hours, excluding weekends, holidays or emergency situations, to process and deliver incoming legal mail to incarcerated individuals. The additional 24 hours are needed to aid in the identification and interception of contraband prior to its entry into DRC institutions. A waiver is to be requested through the American Correctional Association (ACA) due to potential impact on compliance standards and ODRC will await the formal decision. A similar waiver is being requested for policy 61-PRP-01 to allow 120 hours, excluding weekends, holidays or emergency situations, to process and deliver incoming packages for incarcerated persons. An additional 48 hours is needed to allow for canine searches of all incoming packages, similar to legal mail precautions. These circumstances are considered temporary until our canine unit pool is further expanded to provide extensive institution coverage and the Legal Mail Control System is fully implemented.

- As of August 18, 2021, ODRC Policy 75-MAL-01 and DRC 4225 - Notice of Withholding are in the final stages of revision before submission. DRC 4148 – Decision on Notice of Withholding Correspondence and DRC 4149 – Notice of Withholding Correspondence have been merged into DRC 4225 to increase efficiency.

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 2
Page 2 of 2**