





Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 1 of 18

# THE ODRC MAIL PROCESSING CENTER (OMPC)






Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 2 of 18

Case: 3:22-cv-00661-DAC Doc #: 44-9 Filed: 05/16/24 3 of 18. PageID #: 308

Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 3 of 18

# GOALS OF THE OMPC

- Eliminate illegal substances from entering ODRC facilities through mail processes

- Increase the overall safety of incarcerated persons, employees and community partners

- Enhance connection with family and friends for those who are incarcerated by improving overall efficiency of delivering mail by centralizing and modernizing services



Case: 3:22-cv-00661-DAC Doc #: 44-9 Filed: 05/16/24 4 of 18. PageID #: 309

Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 4 of 18

# OMPC ACTIVATION NOTES

- Three facilities were onboarded with the scanning process on November 13, 2023 (DCI, ORW & NERC)

- Additional facilities will be onboarded with a 30-day notice of transition

- Sequence of onboarding for future sites will be done strategically based on security level, confirmed workflows, and agency approved guidance

- Legal mail, publications and packages are currently exempted from this location

- Letters to incarcerated persons should be addressed as:

  *Jane Smith W012345*
  *Ohio Department of Rehabilitation and Correction*
  *Mail Processing Center (OMPC)*
  *884 Coitsville-Hubbard Road*
  *Youngstown, Ohio 44505*





**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 3**
**Page 5 of 18**

# EMPLOYEE BRIEFING & TRAINING ROOM



- Employees are briefed each day to discuss operational details
- Employees receive agency required training to enhance to professional skill set



Department of Rehabilitation & Correction

Defendants' MSJ Exhibit Buchanan Affidavit Ex 3 Page 6 of 18







**PRIMARY CORRIDOR**



Department of
Rehabilitation
& Correction

**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 3**
**Page 7 of 18**

# MAIL OPENING & READING STATIONS







**Department of Rehabilitation & Correction**

# MAIL OPENING & READING STATIONS

- All letters will be opened and read under the ductless hood systems to protect staff from powder, saturated or airborne threats that might be contained in a letter

- Employees are required to wear PPE (personal protective equipment) when processing all mail received

- Letters will be read to ensure the contents do not possess threats to persons, planned or committed criminal activity, threats to facility operations or staff

- Letters will be inspected to ensure they do not possess any other forms of contraband

- Processed letters will be transitioned to scanning room once complete


**Department of Rehabilitation & Correction**

Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 9 of 18

# EMPLOYEE DECONTAMINATION AREA









Department of
Rehabilitation
& Correction

# PERSONAL PROTECTIVE EQUIPMENT (PPE) STORAGE





Department of
Rehabilitation
& Correction



# MAIL SCANNING ROOM

- All letters are scanned in this location
- Scans are received in the ViaPath tablets within seconds of the scan being sent
- E-mails are received immediately in place of waiting for a set time of day for the letter to be handed to the incarcerated person
- Record of the submission is created for each scan created and routed



Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 12 of 18



**Department of Rehabilitation & Correction**



**MAIL TRANSPORT UNITS**

# QUALITY ASSURANCE STATION



- Quality of scans are reviewed at this station to ensure the scan meets agency quality expectations

- Letters are then filed in the appropriate tub for storage or other administrative processes


**Department of Rehabilitation & Correction**

Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 14 of 18

**VIAPATH TABLET IMAGE**







Department of
Rehabilitation
& Correction

**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 3**
**Page 15 of 18**

Case: 3:22-cv-00661-DAC Doc #: 44-9 Filed: 05/16/24 16 of 18. PageID #: 321

Defendants' MSJ Exhibit
Buchanan Affidavit Ex 3
Page 16 of 18

# MAIL STORAGE ROOM



- All mail received will be held for 30 days
- After 30 days, the mail will be destroyed unless additional administrative actions are required
- Tubs are sealed to ensure the condition of letters are maintained for the 30-day period
- Tubs are organized by institution and date received



**Department of Rehabilitation & Correction**

Defendants' MSJ Exhibit Buchanan Affidavit Ex 3 Page 17 of 18

# OMPC FREQUENTLY ASKED QUESTIONS



**Department of Rehabilitation & Correction**
Mike DeWine, Governor   Jon Husted, Lt. Governor   Annette Chambers-Smith, Director
DRC.Ohio.gov

## FAQ: ODRC Mail Processing Center

- **Why do I have to send my loved one's letters and cards to a new address?**
Effective November 13, 2023, the Ohio Department of Rehabilitation and Correction (ODRC) opened a new mail processing center that handles incoming mail. The ODRC Mail Processing Center (OMPC) processes letters and cards. This does not apply to legal mail, packages, or magazines.

- **Why the change in mail processing?**
The change is to enhance mail services for the individuals within our facilities and to enhance safety by reducing the amount of contraband that is attempted to be sent into our prisons through letters and cards.

- **What is the address of the new mail processing center to send my loved one's letters and cards?**
Ohio Department of Rehabilitation and Correction
Mail Processing Center (OMPC)
884 Coitsville-Hubbard Road
Youngstown, Ohio 44505
\*\*Please be sure to include your loved one's name and identification number on the envelope\*\*

- **What is the effective date of my facility's mail being processed at the mail processing center?**
January 8, 2024.

- **What institutions does this affect?**
Beginning November 13, 2023, letters and cards mailed to loved ones incarcerated at Dayton Correctional Institution (DCI), Northeast Reintegration Center (NERC) and the Ohio Reformatory for Women (ORW) were sent to the OMPC at the new address listed above. Beginning January 8, 2024 letters and cards mailed to loved ones incarcerated at Allen Oakwood Correctional Institution (AOCI) and Belmont Correctional Institution (BeCI) will be sent to the OMPC.

- **When should I start using the new mail processing center address?**
You should begin to utilize the new OMPC address for mail to anyone housed at AOCI or BeCI one week in advance of January 8, 2024.

- **Does this affect my loved one's legal mail, magazines, or packages?**
No, legal mail, magazine, and package processes are not changing. Legal mail, magazines, and packages will still be sent to the institution where your loved one is currently residing. This change is only for incoming letters and cards.

---



**Department of Rehabilitation & Correction**
Mike DeWine, Governor   Jon Husted, Lt. Governor   Annette Chambers-Smith, Director
DRC.Ohio.gov

- **Will this delay the mail for my loved one?**
No, the mail should generally be processed within (48) hours of receipt, excluding weekends and holidays. Once received and processed, your loved one will receive the mail directly on their ViaPath tablet.

- **What does the new process look like for incoming family and friend letters and cards?**
The letter and/or card shall be opened, removed from the envelope, screened, and inspected for the presence of cash, checks, money orders and/or other contraband. The envelope front, which will include the return address, and all contents shall then be scanned into the ViaPath system. A quality assurance review will then take place to ensure all scans are legible. Once reviewed, the mail is forwarded to your loved one's ViaPath tablet, unless a threat to security is identified. Please see below for how contraband is handled, if identified as such.

This process has been piloted at the Ohio Reformatory for Women for approximately one year now.

- **Does this new process change what is permitted to be sent in the envelope?**
Yes, you are permitted to send the following items:
  - Five (5) photographs: no nude, no polaroid, no larger than 8 ½" x 11"
  - Five (5) newspaper clippings no larger than 8 ½" x 11"
  - Five (5) pamphlets, brochures (simple, single page, no larger than 8 ½" x 11"), bifold or trifold
  - Ten (10) pages written/typed correspondence on paper (no larger than 8 ½" x 11")
  - Greeting cards if they are commercially manufactured and have not been altered. Greeting cards must be single fold only (multifold, musical and/or "pop out" are prohibited).

\*\*\*Please note the following items do NOT scan well: Letters written in pencil, red envelopes, letters written using the entire sheet of paper – please leave blank space around the top, bottom, and left and right sides.

- **What happens to items held as contraband?**
Your loved one will receive a Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) when mail is withheld in part or in full. If the intended recipient appeals the withholding, they shall receive a notification on that same form once a review and decision has been made.

- **What happens with the original letter or card?**
The original letter will be held for 30 days after it is scanned. If your loved one identifies an issue with the scan, staff can retrieve that mail and compare what was scanned to the original and correct any issue, if one exists. At the end of the 30-day holding period, the mail is securely destroyed.

- **Will my loved one continue to have access to the letters and cards scanned to their tablet?**
Yes, the scanned items will remain available on their tablet.

---

**Department of Rehabilitation & Correction**
Mike DeWine, Governor   Jon Husted, Lt. Governor   Annette Chambers-Smith, Director
DRC.Ohio.gov

- **What happens to letters or cards that are sent directly to the institution instead of the mail processing center after the effective date?**
Letters and cards will be forwarded to the mail processing center from the institutions; however, this will delay mail being received by your loved one.

- **Who can I contact with questions pertaining to the mail processing center?**
You may send an email to Patrick.Turpack@odrc.state.oh.us or call 1-330-333-7372.



**Department of Rehabilitation & Correction**



**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 3**
**Page 18 of 18**