

**Ohio** | **Department of Rehabilitation & Correction**

**Mike DeWine**, Governor
**Annette Chambers-Smith**, Director

Dear Incarcerated person:

This message is to inform you that ODRC is changing how we process Legal Mail and we need your assistance.

We have informed the legal community about these changes. The new process requires each piece of intended Legal Mail to have a control number on it.   A control number is generated from ODRC's system and assigned for use, after the sender registers on our ODRC website.  (See link below).

You can help avoid delays in receiving Legal Mail by telling your attorney, or other Legal Mail senders, about this new process. Here is some important information you can share:

- Information about the new Legal Mail process can be found at: www.drc.ohio.gov/inmate-mail.

- Register to send Legal Mail by clicking on the "Attorney Registration Site" link on the inmate mail page of our website.

- View the Legal Mail policy (75-MAL-01) by clicking on the "Updated Policy" link on the inmate mail page of our website.


So far, ODRC has approved almost 700 applications to send Legal Mail into the facilities.   This is a great start, but we are asking for your help with informing your Legal Mail senders about the new process.  ODRC will soon begin enforcing the requirement that all Legal Mail contain a control number.  Mail that does not have a control number, even if it is stamped or marked "Legal Mail", will soon be treated as ordinary mail, opened, copied and delivered to you as such.


Change can sometimes be difficult, but we believe the new Legal Mail process will make our facilities safer for all.  We are working closely with facility staff to make this change. Any questions about this process may directed to your facility staff.


Thank you,

ODRC Office of Legal Services


4545 Fisher Road, Suite D
Columbus, Ohio 43228
www.drc.ohio.gov

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 4
Page 1 of 1**