| SUBJECT:<br>**Incarcerated Population Mail** | PAGE ___1___ OF _6_ . |
| | NUMBER: **75-MAL-01** |
| RULE/CODE REFERENCE:<br>ORC 5120.01;<br>AR 5120-9-17, 5120-9-18, 5120-9-19 | SUPERSEDES:<br>75-MAL-01 dated 09/03/2019 |
| RELATED ACA STANDARDS:<br>2-CO-5D-01;  5-ACI-7D-01,  7D-02, 7D-05,<br>5-ACI-7D-06,  7D-07, 7D-09, 7D-10 | EFFECTIVE DATE:<br>**February 1, 2022** |
| | APPROVED: |

**Ohio** | **Department of Rehabilitation & Correction**

## I. AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II. PURPOSE

The purpose of this policy is to set forth policy and procedures which govern the handling and processing of mail, other than Legal Mail, including mail inspections.

## III. APPLICABILITY

This policy applies to all incarcerated persons and staff of the Ohio Department of Rehabilitation and Correction (ODRC) and specifically mail clerk/screeners who process incoming mail and other staff who are responsible for reviewing or screening material intended for incarcerated population.

## IV. DEFINITIONS

The definitions for the below listed terms can be found at the top of the policies page on the ODRC Intranet at the following:

**Definitions Link**

- **Certified Mail**
- **Electronic Mail (E-Mail)**
- **Legal Mail**
- **Printed Material**

## V. POLICY

It is the policy of the ODRC to process mail in an efficient, timely manner and to regulate the property of incarcerated persons in accordance with Ohio Administrative Rules 5120-9-17, Incoming Mail, and 5120-9-18, Outgoing Mail.

DRC 1361 (Rev. 08/16)



**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 5**
**Page 1 of 19**

| SUBJECT: **Incarcerated Population Mail** | PAGE___2___ OF __6__ . |
|---|---|

## VI.   PROCEDURES

### A.   General Procedures:

1. Letters which are incorrectly addressed may be returned to the sender after a reasonable effort to ascertain the addressee has failed.

2. First class letters and packages shall be forwarded in a timely manner to the individual's new address, if it is known, following transfer or release. The forwarding address shall be recorded either in the Cashier's Office or DOTS Portal, based on the individual's date of release. Both areas should be consulted to verify the forwarding address. All forwarding items shall be logged on the Mail Forwarding Log (DRC2633). All packages shall be logged on the Inmate Package Log (DRC2631) on DOTS Portal. If this information is not available in either location, first class letters or packages shall be returned to sender as established in subsection VI.C of this policy.

3. Mail can only be withheld and disposed of using procedures set forth in Administrative Rule 5120-9-17, Incoming Mail, or Administrative Rule 5120-9-19, Printed Materials.

### B.   Regular Mail:

1. Universal precautions, including minimum risk level personal protection equipment (PPE) as defined in ODRC Policy 10-SAF-19, Fentanyl Exposure – Prevention and Response should be used when opening and processing incoming mail. Each institution shall have a written plan to address the proper handling of suspicious packages or envelopes to include isolation of the package and notification of appropriate staff and, if necessary, outside agencies. The written plan shall include steps for processing incarcerated population regular mail, certified mail, Legal Mail, and mail addressed to staff.

2. All incoming mail, except Legal Mail, shall be processed in an area located outside of the facility or in an area of the facility designated by the managing officer and approved by the appropriate regional director to minimize possible exposure. Each item shall be opened and processed under a ventless hood system designed to prevent the exposure of staff to potentially hazardous substances and contamination of the area.

3. Envelopes and/or packages suspected of containing contraband items shall be placed in an isolated area until such time as they can be opened by an ODRC staff member who has been trained to handle potentially hazardous materials.

4. All incarcerated population mail, other than Legal Mail, shall be opened, and may be read, copied, and/or scanned in the institution mail room and inspected for the presence of cash, checks, money orders, and/or other contraband. Any contraband received through the mail shall be documented on a Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) and disposed of in accordance with AR 5120-9-55, Contraband.

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 2 of 19**

| SUBJECT: **Incarcerated Population Mail** | PAGE___3___ OF __6__ . |
|---|---|

5.   All mail shall be removed from the envelope. All first-class letters, front of envelopes, pictures, greeting cards, and brochures up to 8 ½ x 11 will be copied and/or scanned into an electronic format. The front of the envelope shall be copied in such a way as to preserve the return address and attached to the contents. The remainder of the envelope shall be discarded. Items received in color will be copied in color and black & white items will be copied as black & white. Photographs, to include those professionally-produced are subject to copying and/or scanning.  An incarcerated individual may choose to have photographs, whether personal or professionally-produced, sent to another address at their expense. The original photograph(s) will otherwise be destroyed at the end of the 30-day holding period. Incoming mail will be held for thirty (30) days before it is destroyed.

6.   All incarcerated population regular mail may be read and copied or scanned in the institution mail office. The copy of the mail shall then be promptly delivered to the individual unless it is a threat to security.  Incarcerated individuals shall be notified when incoming or outgoing mail is withheld in part or in full, as set forth in Administrative Rule 5120-9-17, Incoming Mail. Incarcerated persons and senders shall be notified using a Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225). Both parties shall receive notification using the Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) once a decision is made.

7.   Printed materials, including magazines, calendars or other professionally-produced materials intended for commercial distribution, shall be removed from the envelope or package and reviewed for security concerns. Printed materials shall not be copied. The processing or withholding of incoming printed materials is outlined in ODRC Policy 75-MAL-02, Printed Material.

8.   Incoming and outgoing letters shall generally be held for no more than forty-eight (48) hours and packages shall be held for no more than seventy-two (72) hours, excluding weekends and holidays. These delivery timeframes do not apply to emergency or other unforeseen situations.

**C.   First Class Mail Enclosures**

1.   Incarcerated individuals may receive the following in a first-class letter subject to copying, scanning, screening, and possible exclusion from the institution under ODRC Policy 75-MAL-02, Printed Material, Administrative Rules 5120-9-17, Incoming Mail, and 5120-9-19, Printed Material:

   a.   Five (5) pages written/typed correspondence on plain white paper (no larger than 8 ½" x 11),

   b.   Color greeting cards if they are commercially manufactured and have not been altered. Greeting cards must be single fold only (multi-fold, musical and/or "pop out" cards are prohibited), and

   c.   Items permitted by ODRC Policy 75-MAL-02, Printed Material.

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 3 of 19**

| SUBJECT: **Incarcerated Population Mail** | PAGE___4___ OF _6_. |
|---|---|

2. A religious organization may send a religious medallion to an incarcerated individual subject to the possession limit, value limit, and certificate of ownership requirements of ODRC Policy 61-PRP-01, Incarcerated Individual Personal Property.

3. Other items, including but not limited to, postage stamps, laminated stickers, glue, glitter, lipstick, or perfume, etc. are prohibited.

**D.    Certified Mail:**

1. When the incarcerated individual bears the mailing cost, there is no limit on the volume of letters they can send or receive or on the length, language, content, or source of mail or publications except when there is reasonable belief that limitation is necessary to protect public safety or institutional order and security. All institutions shall provide certified mail services for the incarcerated population. Individuals may request certified mail service provided they bear the full cost of postage, the cost of certification and the cost of return receipts, if requested. When the receipt is returned, it shall be given to the individual and not maintained in the mailroom.

2. Postage and embossed envelopes shall be available for sale in the institution Commissary and through ODRC approved vendors. Envelopes ordered through an approved vendor will not count towards package limits. Envelopes may not be mailed to incarcerated persons by individuals. Incarcerated individuals may send one (1) letter each month for which ODRC will pay current first-class postage rates as established by the United States Postal Service (USPS) for a standard letter to maintain community ties. Any additional postage costs shall be paid by the individual. Incarcerated population will also receive eight (8) free electronic mail stamps for outbound email only, to include videograms and attachments, each month. Unused stamps will not be carried over to the next month.

3. Certified mail that is not also Legal Mail is not required to be opened in the presence of the addressee and may be processed as regular incoming mail. If requested, the return receipt shall be mailed to the sender. For example, certified mail arriving from the IRS would not be legal mail. That mail would be logged on the legal mail log, but otherwise processed as regular mail.

4. Certified mail shall be logged on the Legal Mail Log (DRC2632) and delivered to the addressee within forty-eight (48) hours, excluding weekends and holidays or emergency or unforeseen situations

**E.    IRS Mail Procedures:**

1. The IRS requests that ODRC destroy IRS publications and blank IRS federal tax returns contained in incoming mail addressed to incarcerated individuals.

2. An incarcerated individual's completed federal tax returns shall only be mailed directly to the Internal Revenue Service (IRS). The IRS will review the correspondence and take appropriate action. Additional information on mailing incarcerated individual tax returns is available to prison officials via email.

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 4 of 19**

| SUBJECT: **Incarcerated Population Mail** | PAGE___5___ OF __6__ . |

3.    Any mail to the IRS, other than completed tax returns, shall be mailed using normal processes.

4.    ODRC Policy 24-CAS-08, Incarcerated Individual Refund Check, provides procedures for handling incoming mail from the IRS containing a federal refund check. Payments which cannot be verified or posted to an incarcerated person's account will be returned to the IRS or destroyed. Checks can be mailed back to Internal Revenue Service, MS 6575 Prisoner Check KCSC, 333 W Pershing Rd, Kansas City, MO 64108.

**F.    Electronic Mail (E-Mail):**

1.    Electronic mail (E-Mail) is offered to incarcerated persons as an additional means of communication with family, friends, and others.

2.    E-Mail is not regular mail nor legal mail and is not subject to other provisions of this policy, nor subject to the provisions of ODRC Policy 75-MAL-03, Incarcerated Population Legal Mail.

3.    E-Mail is a privilege and not a right. It is a privilege offered by ODRC that may be suspended for violations of institutional rules or rules of conduct. Suspensions may be for definite or indefinite time periods, or permanent.

4.    Use of E-Mail is subject to monitoring and surveillance at all times.

5.    E-Mail is not confidential. E-Mail should not be used, and is not suitable, for confidential legal communications between incarcerated persons and their attorneys.

**G.    Additional Procedures:**

1.    The mail department supervisor shall complete the Monthly Mail Report (DRC2316) and submit to the responsible deputy warden with a copy maintained at the institution.

2.    All other procedures for handling incoming and outgoing correspondence are contained in 75-MAL-02, Printed Material, 75-MAL-03, Incarcerated Population Legal Mail, and in Administrative Rules 5120-9-17, Incoming Mail, and 5120-9-18, Outgoing Mail.

**Referenced ODRC Policies:**

| 10-SAF-19 | Fentanyl Exposure – Prevention and Response |
| 24-CAS-08 | Incarcerated Individual Refund Check |
| 61-PRP-01 | Incarcerated Individual Personal Property |
| 75-MAL-02 | Printed Materials |
| 75-MAL-03 | Incarcerated Population Legal Mail |

DRC 1362

| SUBJECT: **Incarcerated Population Mail** | PAGE___6___ OF __6__ . |
|---|---|

**Referenced Forms:**

| | |
|---|---|
| Notice of Return | DRC2285 |
| Monthly Mail Report | DRC2316 |
| Inmate Package Log | DRC2631 |
| Legal Mail Log | DRC2632 |
| Mail Forwarding Log | DRC2633 |
| Notice of an Unauthorized Item Received /Withholding of Incoming Mail | DRC4225 |

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 6 of 19**

| SUBJECT:<br>**Printed Material** | PAGE ___1___ OF __8__ . |
|---|---|
| | NUMBER: **75-MAL-02** |
| RULE/CODE REFERENCE:<br>ORC 5120.01, 5120.425, 5120.426,<br>5120.427, 5120.428; OAC 5120-9-17,<br>5120-9-18, 5120-9-19 | SUPERSEDES:<br>75-MAL-02 dated 11/29/2013 |
| RELATED ACA STANDARDS:<br>5-ACI-7D-04 (4490) | EFFECTIVE DATE:<br>**December 21, 2020** |
| | APPROVED: |

**Ohio** | Department of
Rehabilitation & Correction

### I.  AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

### II.  PURPOSE

The purpose of this policy is to clarify the implementation and application of Administrative Rule 5120-9-19, Printed Material, regarding the inspection, screening, and processing of certain types of printed material.

### III.  APPLICABILITY

This policy applies to all incarcerated individuals and staff of the Ohio Department of Rehabilitation and Correction (ODRC) and particularly to mailroom screeners who process mail for incarcerated individuals and other staff who are responsible for reviewing or screening printed material intended for incarcerated individuals.

### IV.  DEFINITIONS

**Copied Materials** - As used in this policy, the term "copied materials" includes both photocopied material and material printed or downloaded from a computer.

**Operation Support Center (OSC) Publications Screening Committee (PSC)** - A group of ODRC employees who review printed materials to determine whether they meet the criteria for exclusion as set forth in Administrative Rule 5120-9-19, Printed Materials.

**Personal Nude Photographs** - As used in this policy, the term "personal nude photographs" refers to snapshots, photos, photocopied or digitally produced pictures, etc. of an adult, child, or infant who is nude or partially nude above or below the waist and is displaying breasts, buttocks, or genitals.  It does not include magazines, calendars or other professionally-produced materials intended for commercial distribution. Such commercial materials do remain subject to review under the procedures for withholding printed materials set forth in Administrative Rule 5120-9-19, Printed Materials.

DRC 1361 (Rev. 12/17)

| SUBJECT: **Printed Materials** | PAGE___2___ OF __8__ . |
|---|---|

**Printed Materials** - As used in this policy, the term "printed materials" means any publication, document, or record including, but not limited to, the following: newspapers, magazines, pamphlets, books, photographs, or drawings. Printed materials may be used or new. The term "printed materials" does not include either personal letters or "advertising mail" as that term is defined in Administrative Rule 5120-9-17 (J) Incoming Mail.

**Simple Pamphlets and Brochures** - A simple pamphlet or brochure shall consist of a single sheet of paper (8 ½" x 11") and may be configured in a bi-fold or tri-fold configuration.

## V.    POLICY

It is the policy of the ODRC to process incarcerated individual mail and printed material in an efficient, timely manner and to regulate incarcerated individual property in accordance with Administrative Rules 5120-9-17, Incoming Mail; 5120-9-18, Outgoing Mail; 5120-9-19, Printed Material; and 5120-9-33, Packages and Property Restrictions.

## VI.    PROCEDURES

### A.    Notice of Withholding (DRC4147)

The Notice of Withholding (DRC4147) is the initiating document for the screening process described in Administrative Rule 5120-9-19, Printed Material. This form is used to record the rationale for the initial decision to withhold the printed material. This form therefore provides the following notice requirements:

1. Notice to the incarcerated individual of the decision to withhold the publication and the rationale for that decision.

2. Notice to the incarcerated individual of their options in light of that decision including the right to appeal.

3. Notice of appeal of the withholding decision to the OSC Publication Screening Committee (PSC).

### B.    Completion of Notice of Withholding (DRC4147)

The proper completion of the Notice of Withholding (DRC4147) is essential to the publication screening process. The form must clearly and specifically state the basis for the decision to withhold. The form is structured to record the conclusion of the reviewer. The form enumerates the grounds for withholding printed material and provides an area in which to cite an example from the printed material that supports or describes basis of the decision to withhold.

1. Citations such as, "the whole book", "the whole magazine," or "throughout the magazine" etc., are not sufficiently specific and are not acceptable. Citations of objectionable material should include page number(s) or other information that would assist in locating the material cited.

DRC 1362

| SUBJECT: **Printed Materials** | PAGE___3___ OF __8__ . |
| --- | --- |

2. The form will initially be reviewed by a member of the staff of the Division of Legal Services to ensure that it is properly completed before the materials are screened by the PSC.

3. Forms that do not cite a specific example in the material that either supports or illustrates the reason for the institution's decision to withhold shall not be screened by the PSC and will be returned to the institution.

4. Once returned, the institution shall have the opportunity to amend the form to clearly state the basis for its decision. Any such amended form must be served on the incarcerated individual. If the incarcerated individual wants to maintain their appeal, then the material can be resubmitted to the PSC.

5. A separate withholding form needs to be prepared for each publication to be withheld. For example, if an incarcerated individual receives four (4) different magazines and if after reviewing the material the institution determines that each of the magazines should not be permitted then the managing officer's institution must prepare a Notice of Withholding (DRC4147) for each publication withheld.

6. Notice of Withholdings (DRC4147) submitted to the PSC listing multiple publications shall be returned to the institution without screening. Once returned, the institution shall have the opportunity to amend the forms to clearly state the basis for its decision as to each publication. Any such amended forms must be served on the incarcerated individual. If the incarcerated individual wants to maintain their appeal, then the material can be resubmitted to the PSC.

C. **Application of the "Publishers Only" Provision of Administrative Rule 5120-9-19, Printed Material**

Administrative Rule 5120-9-19, Printed Material, states "Printed materials may be received in reasonable quantities; but only directly from a publisher or distributor" and is known as the "publisher's only" provision. In order to expedite the application of this rule, some material may be permitted in personal correspondence without requiring specific prior approval from the managing officer, unless the material is otherwise objectionable under Administrative Rule 5120-9-19, Printed Material. The following are examples of permissible items:

1. Newspaper clippings: The ODRC has no desire to prevent families from sending incarcerated individuals such things as obituaries, wedding announcements, birth announcements, graduation announcements, etc., that were clipped from their local newspaper. Therefore, incarcerated individuals may receive up to five (5) pages of newspaper clippings in any one envelope. All newspaper clippings shall be copied on 8 ½" x 11" paper prior to sending into the institution. For purposes of this rule, five clippings shall be no more than five pieces of paper (each sheet no larger than 8½" x 11").

2. Pamphlets, brochures, etc.: Incarcerated individuals may receive up to five (5) simple pamphlets or brochures in a personal correspondence.

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 9 of 19**

| SUBJECT: **Printed Materials** | PAGE __4__ OF __8__ . |
|---|---|

3. Copied material:  Individuals may enclose up to five (5) pages (one side, 8½" x 11") of copied material in a personal correspondence.  Legal materials sent by an attorney or court are not subject to this limitation.  Legal materials that have been sent out by an incarcerated individual to be copied by an outside copying service, and are being returned, are not subject to this limitation.

4. Photographs:  Incarcerated individuals may receive no more than five (5) photographs, either personal or commercial, in a personal correspondence. Personal nude photographs are not permitted. Photographs larger than 8½" x 11" are not permitted.

5. Prior Approval:  Any individual, who finds it necessary to send or receive material not falling within one of the provisions set out above, can seek prior approval for the material from the managing officer or designee.

6. Third Party Ordering: Individuals on an incarcerated individual's approved visitor list will be permitted to order printed materials to be delivered to the individual.

   a. The ordered printed material must be sent directly to the institution by the publisher or distributor, and the package must include a receipt indicating the order number and items(s) purchased.

   b. The printed materials may be new or used and are subject to security inspection and review.

   c. Individuals may be prohibited from ordering printed materials to be sent to an incarcerated person when they are removed from their approved visitor list, when they are restricted from visiting the individual, when they order printed materials found to contain contraband or when they repeatedly order excluded printed material. The prohibition on ordering printed materials for an incarcerated person must be approved by the managing officer or designee.  In such case, the managing officer shall provide written notice to the incarcerated person and to the prohibited individual.  The prohibited individual shall be afforded the opportunity to present their position concerning the prohibition to the managing officer.

   d. Notice of the physical receipt requirement shall be posted in each institution in an area that is visible to and accessible to visitors. A copy of the Notice is attached as Appendix A.

7. Processing Excluded Material: All printed material is still subject to screening and possible exclusion from the institution under Administrative Rule 5120-9-19, Printed Material.

   a. If the material is being excluded because it is not from a publisher or distributor and it fails to satisfy one of the exceptions above, then it may be considered contraband. The managing officer or designee shall determine the disposition of contraband pursuant to Administrative Rule 5120-9-55.

DRC 1362

Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 10 of 19

| SUBJECT: **Printed Materials** | PAGE___5___ OF __8__ . |
| --- | --- |

b.  If the material is being excluded because it is a threat to rehabilitation of incarcerated individuals, security, good order, or discipline of the institution pursuant to Administrative Rule 5120-9-19, Printed Material, then the material must be screened and disposed of in accordance with the procedures described in that administrative rule.

8.  ODRC Internet Materials: Incarcerated individual information photo-copied or printed from the ODRC web page may be excluded if it constitutes a threat to security, order, or discipline, of the institution, is disruptive to institutional operations, or is detrimental to the rehabilitation of incarcerated individuals.

### D.  Personal Nude Photographs

The possession of personal nude photographs constitutes a threat to the security, order, and discipline of ODRC institutions, is disruptive to institutional operations, and is detrimental to the objectives of rehabilitation of incarcerated individuals. Therefore, incarcerated individuals are not permitted to receive personal nude photographs.

1.  Personal nude photographs may be handled as minor contraband pursuant to Administrative Rule 5120-9-55, Contraband, without the necessity of screening pursuant to Administrative Rule 5120-9-19, Printed Material.

2.  Material that does not meet the definition of "personal nude photographs" is subject to review and withholding pursuant to Administrative Rule 5120-9-19, Printed Material.

### E.  Security Threat Group Material

Printed material that by its content is related to a specific Security Threat Group (STG) may be withheld if the presence of that material in an institution is deemed to be detrimental to the security, order, or discipline of the institution or to the rehabilitation of the incarcerated individuals.

1.  Within this context, printed material containing depictions of hand signs or other symbols or insignia that appear to be related to an STG may be withheld if:

a.  The sign or symbol can be related to a specific STG, and;

b.  Might reasonably be seen as something that might promote or enhance the image or visibility of the STG within the institution;

c.  Or may be seen as legitimizing gang behavior;

d.  Or may conflict with departmental efforts to discourage and prevent STG membership and recruitment.

2.  Suspected STG printed material shall be referred to the institutional STG coordinator for evaluation of the suspected STG content before initiating the withholding process as established in Administrative Rule 5120-9-19, Printed Material.

DRC 1362

| SUBJECT: **Printed Materials** | PAGE___6___ OF __8__. |
|---|---|

3.    If the institution determines that withholding is appropriate, then a Notice of Withholding (DRC4147) must be completed and notice must be given to the incarcerated individual.

**F.    PSC May Request Assistance**

If at least three (3) reviewers determine that it would be appropriate to request review of the printed materials by another ODRC employee who is not a PSC reviewer, they may request that another employee make a recommendation whether the material should be excluded or permitted. The employee making the recommendation should not be the same employee who completed the Notice of Withholding (DRC4147). The recommendation may be verbal or written. After receiving the recommendation, the PSC reviewers shall determine whether the material should be excluded or permitted and shall state the basis for that decision. PSC reviewers may not defer their vote to an individual who is not a PSC reviewer.

**G.    Notice of Unauthorized Item Received (DRC4225)**

1.    The Notice of Unauthorized Item Received (DRC4225) can be used to identify printed materials that are being withheld because the package does not meet the procedural requirements for receipt at the institution. This form should be used in the following situations:

    a.  The package was ordered by an approved visitor but does not include a receipt that indicates the order number and the item(s) purchased;

    b.  The package was ordered by an individual who is prohibited from sending printed materials packages to the incarcerated person as provided in Administrative Rule 5120-9-19, Printed Materials;

    c.  The package was sent by a publisher or distributor who has been prohibited from sending materials to any institution and was received after the effective date of the prohibition;

    d.  The package was found to contain contraband.

2.    If the institution determines that the package does not meet the procedural requirements for receipt, a Notice of Unauthorized Item Received (DRC4225) shall be completed and the incarcerated person will be provided with a copy unless providing the form would compromise an investigation. The form should include a brief description of the item, why the item is being withheld, and the sender (if the sender can be determined). If the item appears to be a third-party order, the form should include information regarding the publisher or distributor and the sender (if the sender can be determined).

3.    If the package was withheld for failure to include a receipt indicating the order number and item(s) purchased, the items shall be treated as contraband. The managing officer or designee shall determine the disposition of contraband pursuant to Administrative Rule 5120-9-55, Contraband. The contraband may be returned to the sender, confiscated as evidence, held for the benefit of the incarcerated individual-addressee, or otherwise disposed of in a lawful manner.

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 12 of 19**

| SUBJECT: **Printed Materials** | PAGE___7___ OF __8__. |
|---|---|

**H.** **Donations of Printed Materials**

1. Printed materials may be donated to an institution in reasonable quantities, but only directly from a publisher or distributor. Donations of printed materials from other sources may be received only with the prior approval of the managing officer or designee.

2. Printed materials may not be donated to an incarcerated individual without the prior approval of the managing officer or designee.

3. Donated printed materials are subject to security inspection and review.

4. The managing officer or designee shall determine how to utilize printed materials donations made to the institution.

5. The managing officer or designee may reject printed materials donations based on a lack of available space or if the printed materials, or substantially similar printed materials, are already available to the institution.

6. Donated printed materials may be excluded under paragraph (D) of Administrative Rule 5120-9-19, Printed Materials.

    a. If the managing officer or designee determines that the donated printed material should be excluded from the institution, the donator shall be promptly notified of that decision in writing;
    b. The written decision shall provide a brief explanation of the reasons for excluding the printed material. The explanation shall be sufficient to inform the donator of the basis for the decision;
    c. A decision by the managing officer or designee to exclude donated printed materials is final and is not appealable.

**I.** **Disqualification of a Publisher or Distributor from Sending Printed Materials to the ODRC**

ODRC institutions cannot create or use 'pre-approved' vendor lists for printed materials. All publishers and distributors can send materials to all institutions, unless the publisher or distributor is prohibited under this policy. Publishers or distributors who are prohibited from sending materials to ODRC will be prohibited at all institutions.

ODRC may prohibit all printed materials from a specific publisher or distributor using the following procedure:

1. If printed materials or the packaging of the printed materials is found to contain contraband, the institution mail office shall create a written report. The written report shall include the following:
    a. Institution name;
    b. Nature of the contraband;
    c. Identification of the publisher or distributor;
    d. Identification of the printed materials;
    e. Brief summary of the incident;

DRC 1362

**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 5**
**Page 13 of 19**

| SUBJECT: **Printed Materials** | PAGE___8___ OF __8__ . |
|---|---|

       f.   Action taken in response to the incident; and

       g.   Names and relevant information regarding each incarcerated individual and/or staff member involved.

2.      The written report shall be forwarded to the managing officer or designee and the Office of the Chief Inspector within three (3) calendar days. Additional investigation may be conducted if necessary.

3.      If printed materials or the packaging of printed materials received from a publisher or distributor is repeatedly found to contain contraband or if any single printed materials package is found to contain significant contraband, upon receipt of a written report, the Office of the Chief Inspector may recommend to the PSC that the publisher or distributor be prohibited from sending items to the institution.

4.      The PSC shall consider the recommendation of the Office of the Chief Inspector, shall review the written report(s) and any accompanying information within a reasonable time. The PSC shall determine whether the publisher or distributor shall be prohibited, and whether the prohibition will apply for a specified period or for an indefinite period. The PSC may request an additional investigation or documentation before reaching its decision. A publisher or distributor can only be prohibited if at least three (3) members of the PSC determine that prohibition is appropriate.

5.      If the PSC determines that the publisher or distributor shall not be prohibited, the Office of the Chief Inspector shall be notified in writing.

6.      If the PSC determines that the publisher or distributor shall be prohibited, that decision, the length of the prohibition, and its basis shall be forwarded in writing to the Office of the Chief Inspector and to the managing officer of all institutions. The decision and basis shall also be provided to the publisher or distributor in writing.

7.      The prohibition of a publisher will become effective on the date that the PSC notifies the Office of the Chief Inspector and managing officers. The prohibition shall apply to all ODRC institutions. Any materials received from a prohibited publisher or distributor on/after the effective date of the prohibition may be disposed of as set forth in paragraph (M) of Administrative Rule 5120-9-19, Printed Materials.

8.      A prohibited publisher or distributor may submit a response to the prohibition and a request for reconsideration within thirty (30) calendar days of the notification of prohibition. The PSC will review and respond to the publisher or distributor within sixty (60) calendar days of receipt of the response.

**Related Department Forms:**

| | |
|---|---|
| Notice of Withholding | DRC4147 |
| Notice of Unauthorized Item Received | DRC4225 |

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 14 of 19**

75-MAL-02
Appendix A
ORDERING PRINTED MATERIALS FOR INCARCERATED INDIVIDUALS

A.  Only individuals on an incarcerated individual's approved visitor list will be permitted to order printed materials to be delivered to the individual.

B.  The package MUST be sent directly to the institution from a publisher or distributor.

C.  The package MUST include a physical receipt that includes the order number and the item(s) purchased.

D.  Printed materials may be new or used.

E.  All printed materials are subject to security inspection and review.

F.  Printed materials may be withheld if they appear to or are found to contain contraband, do not contain a receipt, were ordered by an individual who is not on the approved visitor list, were sent by a prohibited publisher or distributor, violate ODRC's Administrative Rule regarding permissible content – Ohio Administrative Code 5120-9-19, Printed Materials, or are otherwise determined to be a threat to the security and good order of the institution.

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 15 of 19**

| SUBJECT:<br>Incarcerated Population Legal Mail | PAGE ___1___ OF _5_ . |
| | NUMBER: 75-MAL-03 |
| RULE/CODE REFERENCE:<br>AR 5120-9-17, 5120-9-18, 5120-9-19 | SUPERSEDES:<br>**NEW** |
| RELATED ACA STANDARDS:<br>5-ACI-7D-01, 7D-02, 7D-05 thru 7D-07<br>5-ACI-7D-09, 7D-10 | EFFECTIVE DATE:<br>**February 1, 2022** |
| | APPROVED: |

**Ohio** | Department of
Rehabilitation & Correction

## I.     AUTHORITY

Ohio Revised Code 5120.01 authorizes the Director of the Department of Rehabilitation and Correction, as the executive head of the department, to direct the total operations and management of the department by establishing procedures as set forth in this policy.

## II.    PURPOSE

The purpose of this policy is to set forth policy and procedures which govern legal mail.

## III.   APPLICABILITY

This policy applies to all incarcerated persons and staff of the Ohio Department of Rehabilitation and Correction (ODRC). In particular, this policy applies to mail clerks/screeners who process incoming mail.

## IV.    DEFINITIONS

The definitions for the below listed terms can be found at the top of the policies page on the ODRC Intranet at the following:

Definitions Link

- **Certified Mail**
- **Legal Mail**
- **LMICN/LMINC DOTS Screens**

## V.     POLICY

It is the policy of the Ohio Department of Rehabilitation and Correction (ODRC) to process mail in an efficient, timely manner and to regulate the property of incarcerated persons in accordance with Administrative Regulations 5120-9-17, Incoming Mail, and 5120-9-18, Outgoing Mail.

DRC 1361 (Rev. 08/16)

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 16 of 19**

| SUBJECT: **Incarcerated Population Legal Mail** | PAGE__2__ OF __4__ . |
|---|---|

VI.      **PROCEDURES**

      A.      **Processing Incoming Legal Mail**

          1.      Legal mail with a control number must be processed in the DOTS LMICN screen. Staff shall select the intended addressee and enter the information from the envelope into the DOTS LMICN screen. This must be accomplished within seventy-two (72) hours of receiving the mail at the facility, excluding weekends, holidays, or emergency situations. Staff shall document in the DOTS LMICN screen any circumstances requiring late delivery in the notes section associated with that piece of mail.

          2.      Staff shall visually inspect the envelope for obvious signs of contraband or anomalies. If there is no obvious indication that the mail contains contraband, staff shall proceed to the next step of this procedure. If there are obvious indications that the mail contains contraband, staff shall proceed to subsection VI.B below.

          3.      Staff shall log receipt of the mail on the Legal Mail Log (DRC2632) and open the mail only in the presence of the addressee. The addressee shall sign for receipt of the mail on the Legal Mail Log (DRC2632). Legal mail envelopes should be destroyed after the mail is opened in the presence of the addressee.

          4.      The contents of legal mail should never be copied.

          5.      Legal mail envelopes may be copied for legitimate security concerns and only copied in front of the addressee, if possible. If there is reason to copy the envelope, the original envelope shall be retained, an Incident Report (DRC1000) completed, and a notation made in the appropriate DOTS screen (e.g., LMICN or LMINC).

          6.      Expired Control Number: If a control number is present but has expired, staff should contact the sender to verify that they sent the item. If contacting the sender will not allow delivery of the legal mail within seventy-two (72) hours, staff should withhold the item and complete the Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) process in subsection VI.C below.

             a.   If the sender verifies that they sent the mail, staff shall generate a control number in the DOTS LMINC screen. Staff shall enter and document this process in the notes section of the DOTS LMINC screen pertaining to the mail.

             b.   If staff are unable to verify that the item was sent with the intention of sending legal mail or the sender denies sending the letter, staff shall complete the Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) process in subsection VI.C below.

             c.   Staff should be mindful that a control number may expire because of USPS delays and not by the sender's error. An expired control number is not conclusive evidence that legal mail is either contraband or regular mail.

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 17 of 19**

| SUBJECT: **Incarcerated Population Legal Mail** | PAGE___3___ OF _4__ . |
|---|---|

7. Error in Control Number: If a control number is present on the item but the control number is not valid for any reason (e.g., the control number is fictitious, incomplete, illegible), the legal mail should be withheld, and staff should complete the Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) process in subsection VI.C below.

8. Staff are encouraged to contact senders to resolve issues associated with legal mail with the goal of delivering the mail and not to withhold the mail.

9. Legal mail containing a disc(s) that had not been pre-approved per Administrative Rule 5120-9-19, Printed Material, shall be treated as contraband by the institution mailroom. The managing officer/designee shall determine the disposition pursuant to Administrative Rules 5120-9-17, Incoming Mail and 5120-9-55, Contraband.

10. Certified mail can be either legal mail or regular mail. Certified mail that meets the definition of legal mail shall be processed in accordance with this policy. Certified mail that is regular mail shall be processed in accordance with ODRC Policy 75-MAL-01, Incarcerated Population Mail.

**B.** **Processing Legal Mail Suspected to Contain Contraband**

1. Reasons to suspect legal mail may contain contraband include, but are not limited to, K9 Unit detection, wet or stained exterior, or evidence of tampering.

2. If an employee suspects that legal mail contains contraband during inspection or when opening the item in the presence of the addressee, the employee shall follow this procedure:

   a. Withhold the item and complete the Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) process in subsection VI.C below.

   b. If the item is suspected to contain contraband, staff should attempt to contact the sender by phone or email to determine whether the item should be returned.

      i. If the sender requests that the mail be returned, staff shall place the mail inside of a sealable plastic bag. A Notice of Return (DRC4378) will be attached to the plastic bag stating why the mail item is being returned and listing the items included in the bag. The Notice of Return (DRC4378) will also list the sending address, the receiving address, and postmarks of each item enclosed. The plastic bag with Notice of Return (DR4378) will then be placed inside of a large envelope and returned to the sending address. The outside envelope should be marked "Handle with Care."

      ii. If the sender requests that the mail not be returned, the mail shall be treated as contraband in accordance with Administrative Rule 5120-9-55, Contraband and 310-SEC-43, Handling and Disposition of Contraband.

DRC 1362

**Defendants' MSJ Exhibit**
**Buchanan Affidavit Ex 5**
**Page 18 of 19**

| SUBJECT: **Incarcerated Population Legal Mail** | PAGE___4___ OF _4_ . |
|---|---|

3. If testing confirms that the mail contains an illicit substance, staff should withhold the mail and the complete the Notice of an Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) process in subsection VI.C below. An item that tests positive for an illicit substance should not be returned to the sender.

**C.     Process for Withholding Legal Mail (DRC4225)**

1. Staff must note the reason for withholding the legal mail in the appropriate section on the Unauthorized Item Received/Withholding of Incoming Mail (DRC4225).

2. Staff must notify the addressee and the sender that legal mail is being withheld. Notification to the sender is made by contacting the sender by phone or email. A copy of the Unauthorized Item Received/Withholding of Incoming Mail (DRC4225) may also be mailed to the sender.

3. The addressee has fifteen (15) days to appeal the withholding of legal mail. The managing officer/designee should decide the appeal within fifteen (15) days after receipt of the appeal. Staff should hold the legal mail (without opening, altering, or copying the legal mail) until a decision is made by the managing officer/designee on the appeal.

4. Staff should comply with the managing officer/designee's decision on appeal, as follows:

   a. If the withholding is reversed, the legal mail should be delivered to the addressee.

   b. If the withholding is affirmed, the item should not be delivered to the addressee. Staff should determine the appropriate disposition of the item. Options include but are not limited to returning the item to the sender if requested, delivering to the addressee as regular mail, disposal in accordance with Administrative Rule 5120-9-55, Contraband and ODRC Policy 310-SEC-43, Handling and Disposition of Contraband, or routing to a law enforcement agency.

5. Staff must notify the addressee and the sender of the disposition of the withheld legal mail.

**D.     Processing Outgoing Legal Mail**

Outgoing legal mail shall not be opened other than in accordance with Administrative Rule 5120-9-18, Outgoing Mail.

**Referenced ODRC Policies:**

75-MAL-01     Incarcerated Population Mail
310-SEC-43    Handling and Disposition of Contraband

**Referenced Forms:**

| | |
|---|---|
| Legal Mail Log | DRC2632 |
| Notice of an Unauthorized Item Received/Withholding of Incoming Mail | DRC4225 |
| Notice of Return | DRC4378 |

DRC 1362

**Defendants' MSJ Exhibit
Buchanan Affidavit Ex 5
Page 19 of 19**